**Invocations, January 2020 to Present**

- Rev. Dr. Bernard Jakes of West Point Missionary Baptist Church (April 19, 2023) (https://www.youtube.com/watch?v=1jqbZPkN0Lc)

- Senior Pastor Damien Miguel Epps of Calvary Baptist Church (March 30, 2023) (https://www.youtube.com/watch?v=poFoc7_npIU)

- Pastor Iliana Zayas of Grace and Peace Church (March 15, 2023) (https://www.youtube.com/watch?v=UPImhB8vxr0&t=237s)

- Pastor Byron Whitehead of Mount Carmel Bible Church (February 1, 2023) (https://www.youtube.com/watch?v=rnYWJxebxm0)

- Pastor Noah Chung of Park Community Church Hyde Park (January 18, 2023) (https://www.youtube.com/watch?v=MBw-IeBM8UA)

- Bishop James C. Austin, Sr. of St. Luke Church of God in Christ (December 14, 2022) (https://www.youtube.com/watch?v=1TJ58TrKfvI)

- Rev. Troy Venning, Quinn Chapel AME Church (November 16, 2022) (https://www.youtube.com/watch?v=eb4V5_JXx7w)

- Pastor Dan Osbourne of Park Community Church of Forest Glen (November 7, 2022) (https://www.youtube.com/watch?v=zcQYqF9gQCw)

- Pastor Brenton Smith of Park Community Church, Forest Glen (October 2023 Budget Meeting) (https://www.youtube.com/watch?v=PtxKn6TVo3Q)

- Chaplain Dorothy "Dee" Caldwell, the Chaplain for the Chicago Sky WNBA team and the Hammond Indiana Police Department (September 21, 2022) (https://www.youtube.com/watch?v=w0RFwb7HWYI)

- Pastor Andrew Hunt, Liberty Baptist Church (July 20, 2022) (https://www.youtube.com/watch?v=kaikzNa3p_o)

- Rabbi Dr. David Bauman, Lake Shore Drive Synagogue (June 22, 2022) (https://www.youtube.com/watch?v=lZ8x9-b0ifY)

- Rabbi Seth Limmer, Chicago Sinai Congregation (May 25, 2022) (https://www.youtube.com/watch?v=8jlHMlzdJMY)

- Rabbi Shoshanna Conover of Temple Sholom of Chicago (May 23, 2022) (https://www.youtube.com/watch?v=zCQo12xR4To)

- Pastor Dr. Bryan Brazier of Apostolic Church of God (May 16, 2022) (https://www.youtube.com/watch?v=DPiMhjW5btg)

- Pastor Myron McCoy, First United Methodist Church (April 27, 2022) (https://www.youtube.com/watch?v=dAZl7jS0Jms)

- Rev. Beth Brown, Lincoln Park Presbyterian Church (March 28, 2022) (https://www.youtube.com/watch?v=tdIp-va0bKw)

- Pastor Reginald Sharp, Fellowship Missionary Baptist Church (March 23, 2022) (https://www.youtube.com/watch?v=zclXYAIY0KA)

- Rev. Edward R. Williams III, Metropolitan Missionary Baptist Church (February 23, 2022) (https://www.youtube.com/watch?v=fozpd7N_Or0)

- Ashley Munson, Senior Manager of Advocacy at the Greater Chicago Food Depository (January 26, 2022) (https://www.youtube.com/watch?v=WulPjWemrk0)

- Bishop David Todd Whitley of the Corinthian Temple of God in Christ of West Garfield Park (December 15, 2021) (https://www.youtube.com/watch?v=GeIGV6kI-0c)

- Rabbi Michael Siegel of Anshe Emet Synagogue (November 17, 2021) (https://www.youtube.com/watch?v=mVVLr7XhWLE)

- Pastor Myron McCoy, First United Methodist Church (October 29, 2021) (https://www.youtube.com/watch?v=JtoiLgBaKEI)

- Rev. Charlene Hill of the United Church of Hyde Park (October 27, 2021) (https://www.youtube.com/watch?v=AyBhMtxyE1Q)

- Alderman Carrie Austin (October 25, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_10_25_1.pdf)

- Rabbi David Wolkenfeld of Anshe Sholom B'nai Israel (October 14, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_10_14_VI_VII_0_1.pdf)

- Pastor Darrow D. Andrews of Harvey Memorial Community Church (September 20, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_09_20_1.pdf)

- Rev. Beth Brown of Lincoln Park Presbyterian Church (September 14, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/reports/2021_09_14_VI_VII_VIII_ADD.pdf?VersionId=EPxqa.33xr5yTKodekpf0HcWSlCcBYB3)

- Pastor Randall K. Blakey of LaSalle Street Church (July 21, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_07_21_VI_VII%20(2)_1.pdf)

- Pastor P. Devon Brown of St. Mark United Methodist Church of Chicago (July 2, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_07_02_SP_1.pdf)

- Pastor Lou Ramos of Storehouse Church Chicago (June 25, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_06_25_1.pdf)

- Pastor Nathan Payne of Park Community Church (June 23, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021-06-23%20COUNCIL%20JOURNAL_1.pdf)

- Pastor T.D. Hughes of Third Baptist Church of Chicago (May 26, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_05_26(1)_1.pdf)

- Pastor Peter Hong of New Community Covenant Church (April 21, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_04_21_1.pdf)

- Pastor Jeanne Stevens of Soul City Church (March 24, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_03_24_1.pdf)

- Apostle Mark A. Henton of Monument of Faith Church (February 26, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_02_26_1.pdf)

- Pastor William Hall of St. James Community Church (February 24, 2021) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2021/2021_02_24_1.pdf)

- Imam Hafiz Ansari of the Muslim Center (January 27, 2021)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2021/2021_01_27_1.pdf)

- Rev. Marshall Hatch, Sr. of New Mount Pilgrim Missionary Baptist Church
  (December 16, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-
  proceedings/2020/2020_12_16_VI_VII_1.pdf)

- Pastor Jaro Medina of New Life Covenant Church (November 24, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_11_24_1.pdf)

- Pastor Eric Rivera of The Brook Church Chicago (November 23, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_11_23_1.pdf)

- Pastor Early Grandberry Sr. of True Rock Ministries (November 16, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-
  proceedings/2020/2020_11_16%20(1)_1.pdf)

- Pastor Angelina Zayas of Grace and Peace Church (October 21, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_10_21_SP_1.pdf)

- Father Matt O'Donnell of St. Columbanus Catholic Church (October 7, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_10_07_1.pdf)

- Rabbi Seth Limmer of the Chicago Sinai Congregation (September 9, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_09_09_1.pdf)

- Alderman Carrie Austin (August 21, 2020) (https://chicityclerk.s3.us-west-
  2.amazonaws.com/s3fs-public/document_uploads/journals-
  proceedings/2020/2020_08_21_SP_1.pdf)

- Pastor Misaac Rosario of Maranatha USA (July 22, 2020)
  (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-
  public/document_uploads/journals-proceedings/2020/2020_07_22_1.pdf)

- Rev. Dr. Otis Moss III of the Trinity United Church of Christ (June 17, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020_06_17_1.pdf)

- Rev. Adonna Davis Reid, Pastor of the South Shore United Methodist Church (May 20, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020_05_20%20(1)_1.pdf)

- Alderman Reboyras (April 24, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020_04_24_VI_VII%20(1)_1.pdf)

- Alderman Moore (April 22, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020-04-22%20Journal%20Online%20Final_1.pdf)

- Alderman Cappleman (April 15, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/04-15-2020%20Journal%20of%20Proceedings%20with%20Index_1.pdf)

- Stephen A. Garner, lead apostle of Rivers of Living Water Ministries International (February 19, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020_02_19_1.pdf)

- Reverend Dr. Walter Turner III of New Spiritual Light Missionary Baptist Church (January 15, 2020) (https://chicityclerk.s3.us-west-2.amazonaws.com/s3fs-public/document_uploads/journals-proceedings/2020/2020_01_15%20(1)_1.pdf)