**Declaration of Adam Vavrick**

1. My name is Adam Vavrick. I am a Chicago resident and an ordained Minister of the Satanic Temple. I serve as the Co-Congregation Head of The Satanic Temple Illinois and have served in leadership roles for The Satanic Temple Illinois since April of 2020. I have been actively engaged with TST since 2014.

2. The Satanic Temple ("TST") is a non-theistic religion, federally recognized as a church and a religious public charity.

3. The mission of TST is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate for common sense and justice, and be directed by the human conscience to undertake noble pursuits.

4. TST has more than 700,000 members worldwide and more than 14,000 members registered in Illinois. The Satanic Temple encourages its members to engage in civic advocacy, confront hateful, repressive and exclusionary ideologies, and promote the common good in accordance with a set of core beliefs called the Seven Tenets.

5. Members of TST do not worship Satan or believe in the existence of a literal Satan. Rather, the Satanic Temple embraces the mythological figure of "Satan" as a symbol of their deeply held belief in rational inquiry removed from supernaturalism and as a metaphor for fearless pursuit of truth and questioning of dogmas.

6. The Satanic Temple's Illinois Congregation ("TST-IL"), originally founded in 2016 as TST-Chicago, is a congregation in The Satanic Temple's Society of

Congregations. Its mission is to promote Satanic education, to be a force for positive change within Illinois, to provide a safe and welcoming community for marginalized members of society.

7.    TST-IL has been recognized as a bona fide religious congregation by several government agencies. For example, the State of Illinois includes a contribution from TST-IL in its annual holiday display in the Illinois State Capitol Rotunda in Springfield and the Cook County Bureau of Vital Records accepts marriage licenses solemnized by TST-IL clergy.

8.    As an active member of my religious community, I regularly minister to TST-IL congregants at monthly services. I also occasionally minister to national and international TST members at weekly virtual services. I officiate weddings for couples in Illinois and elsewhere and actively engage with the interfaith community throughout Illinois.

9.    I seek the opportunity to deliver an invocation before City Council. I wish to offer an uplifting message which draws on my deeply held religious beliefs and calls upon lawmakers to be guided by empathy, compassion and rationalism in their difficult jobs.

10.    Prior to retaining counsel to assist with this matter, I tried for more than three years to give an invocation. These efforts began in January 2020, when I spoke to Chauncy Rice, who was then chief of public engagement for the Office of the City Clerk. Mr. Rice informed me that he would be happy to schedule me to provide an invocation after "standard vetting procedures."

11.     I followed up the conversation with an email in which I provided Mr. Rice with additional information about TST and the local congregation. Mr. Rice acknowledged receipt of the information and stated that he would get back in touch with me in the near future. *See* Ex. A.

12.     For the next several months, I followed up with Mr. Rice approximately once a month to inquire about the status of my request to provide an invocation. These emails went unanswered. *See* Ex. A.

13.     In July of 2021, I met with Alderman La Spata and a friend for dinner. Among other things, we discussed my efforts to give an invocation, and Alderman La Spata indicated he might be able to help. Beginning on July 20, 2021, I began emailing Chauncy Rice and Ald. La Spata. On August 8, 2021, Ald. La Spata emailed me to say that Mr. Rice had left the Clerk's Office. After this he stopped responding to my emails. *See* Ex. B.

14.     On August 30, 2021, emailed with Ariana Garcia, who replaced Mr. Rice as the chief of public engagement. I reiterated my request to provide an invocation. Ms. Garcia acknowledged receipt of my request and seemed receptive to scheduling me to provide an invocation, writing "thank you so much for your interest. We will be in touch with a confirmation on upcoming City Council invocation details." *See* Ex. C.

15.     Most of my follow-up messages (via phone and email) to Ms. Garcia went unanswered. In October 2021, Ms. Garcia stated that she would follow up with me after the budget cycle, but never did so. Ex. C.

16.     In March 2022, I again emailed Ms. Garcia, this time copying Steve Berlin, the Director of the Board of Ethics, and First Ward Alderman Daniel LaSpata, to whom I had spoken about potentially giving an invocation. In this email, I described the history of my efforts to provide an invocation and asked for guidance about the process for scheduling. Ms. Garcia responded that she was "working on this request," but did not provide any further details regarding the timeline or process. My follow-up emails to Ms. Garcia in May 2022 were ignored. *See* Ex. D.

17.     After submitting a FOIA request to determine what had become of my many requests to provide an invocation, I sent an additional email to Ms. Garcia in July 2022, this time copying the various attorneys and individuals in the mayor's office to whom my previous requests had been forwarded. I received no response. *See* Ex. E.

18.     I then retained counsel. Along with my attorney, I spoke to Ellen McLaughlin, an attorney in the City of Chicago's corporation counsel's Constitutional & Commercial Litigation Division, about my request to provide an invocation. During calls on March 16, 2023 and March 30, 2023, counsel for the City was unable to articulate the process or criteria for selection of clergy to provide an invocation and could not say whether the City would permit me to deliver an invocation.

19.     The City has never formally rejected my request to provide an invocation; rather, the City has simply resisted scheduling me for more than three years. Based

on the three years of delay, I believe that my request to deliver an invocation has been effectively denied.

Pursuant to 28 U.S.C § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

______________________ June 2, 2023
Adam Vavrick Date

Exhibit A

**From:** Ennedy Rivera
**To:** Chauncey Rice
**Subject:** RE: Follow up from Adam Vavrick phone call: Invocation before City Council Meeting
**Date:** Tuesday, January 14, 2020 1:48:07 PM

It is being reviewed  Thank you for following up

Ennedy

**From:** Chauncey Rice
**Sent:** Monday, January 13, 2020 6:22 PM
**To:** Ennedy Rivera <Ennedy Rivera@cityofchicago org>; Michelle Levar <Michelle Levar@cityofchicago org>
**Subject:** Fwd: Follow up from Adam Vavrick phone call: Invocation before City Council Meeting

Fyi

Get Outlook for iOS

**From:** Adam Vavrick [REDACTED]
**Sent:** Monday, January 13, 2020 3:01 06 PM
**To:** Chauncey Rice <Chauncey Rice@cityofchicago org>
**Subject:** Re: Follow up from Adam Vavrick phone call: Invocation before City Council Meeting

Hi Chauncey!

Adam Vavrick here following up on the email I sent over a little over a week ago regarding our phone call & chat about scheduling an invocation before a city council meeting  I've tried calling a few times but seem to keep missing you  I'd really like to get everything sorted out for the city council invocation you  As i mentioned in the previous email, we are recognized federally and by the State of Illinois and can assure you have there are no controversial topics in our invocation, but please do let me know if you need any further clarification as to who we are  I'm happy to come down and meet with you too this week if you have some free time as well

I'll follow up a little later today with a phone call in case i just happened to call while you were away from your desk

All the best,
Adam Vavrick
[REDACTED]

On Thu, Jan 2, 2020 at 3:33 PM Adam Vavrick <[REDACTED]> wrote:

> Hello Chauncey!
>
> Thanks again for taking the time to chat with me on the phone today! As promised, I'm following up on your request for information about our congregation for vetting purposes  Also as we discussed, you can rest assured we do not plan on bringing up any controversial issues such as Gender, Race or LGBTQ+ matters  Far from it, we have only a simple invocation that we would like to present (we can send the text over at a later date for you to take a look at as well) and we're excited to get on the books after May   and if we're lucky enough to pick a month, October would be great  :)
>
> About us: we are the Chicago chapter of The Satanic Temple, a non-theistic religion whose mission is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will
>
> We are recognized both federally & by the State of Illinois, the former by the IRS status of Church as a registered not-for-profit and the latter by our holiday monument which has been included in the annual holiday display in the Illinois State Capitol Rotunda for the past several years  I've provided some links below for further information for you to peruse, and feel to email or call me as well
>
> Happy New Year and I look forward to talking soon!
> Best,
> Adam Vavrick
> 773 930 6757
>
> - Quick FAQ about us https://thesatanictemple com/pages/learn
>
> - Our Chapter's page https://www facebook com/TheSatanicTempleChicago/
>
> - PRI article about our federally recognized religious status https://www pri org/stories/2019-05-06/satanic-temple-gets-religious
>
> - Patch article from Springfield about our holiday monument https://patch com/illinois/springfield-il/satanic-temple-holiday-display-returns-state-capitol?utm_medium=social&utm_campaign=blasts&utm_source=facebook com&utm_content=illinois&fbclid=IwAR2rxEYvwuuIJemR8SlOA8OxlBhXC1Almm3FuRkIjXMNzUBMdbabb-0kjFk
>
> - The documentary about us, which was on the New York Times' Critic's List for 2019 as well as being nominated by both the Chicago Film Critics Association & Chicago Indie Critics for best documentary https://www hailsatanfilm com/

--
Adam Vavrick
[REDACTED]

Note: Please pardon any abbreviations and/or brevity, the preceding email may have been dashed off from my questionably smart phone.

**From:** Adam Vavrick
**To:** Chauncey Rice
**Subject:** Re: Follow up from Adam Vavrick phone call: Invocation before City Council Meeting
**Date:** Wednesday, March 11, 2020 3:44:47 PM
**Attachments:** Outlook-uzrtpanm.png

Hi Chauncey,

Following up once again, we're now 3 months into this vetting process with seemingly no movement Perhaps i can offer additional information about us? Joeseph P Laycock (Assistant Professor of Religious Studies at Texas State) just published a book on our history with Oxford University Press, but maybe there's something i'm missing that you need? Maybe it's me? I'm easily Googleable myself as i'm a business owner, a Board of Directors member and in general a public figure in certain circles, most notably the Beer & Brewing industry

Let me know what else you need, i'd really like to get a date on the books

Hope all is well,
Adam

On Wed, Feb 12, 2020 at 11:29 AM Adam Vavrick [REDACTED] wrote:

> Hi Chauncey,
>
> Just left another voicemail Can you please get it in touch and let me know the status of the vetting process, or what further information you may need from me?
>
> Best,
> Adam
>
> On Tue, Jan 14, 2020 at 3:41 PM Adam Vavrick [REDACTED] wrote:
>
>> Hi Chauncey,
>>
>> Thanks for the update, i appreciate it Let me know if there's anything else you need from me
>>
>> Best,
>> Adam
>>
>> On Tue, Jan 14, 2020 at 3:33 PM Chauncey Rice <Chauncey Rice@cityofchicago org> wrote:
>>
>>> Hi Adam,
>>>
>>> I hope all is well
>>>
>>> Thanks for sending that information over! I'll review the information provided and get back to you shortly
>>>
>>> Best,
>>>
>>> OFFICE OF THE CITY CLERK
>>> ANNA M. VALENCIA
>>> CITY OF CHICAGO
>>>
>>> **Chauncey Rice |**
>>> Director of Intergovernmental Affairs & Public Engagement
>>> chauncey.rice@cityofchicago.org
>>> 121 N. LaSalle St, Room #107 | Chicago IL, 60602
>>> Direct: 312-744-7202
>>> www.chicityclerk.com
>>>
>>> ---
>>>
>>> **From:** Adam Vavrick [REDACTED]
>>> **Sent:** Monday, January 13, 2020 3:01 PM
>>> **To:** Chauncey Rice <Chauncey Rice@cityofchicago org>
>>> **Subject:** Re: Follow up from Adam Vavrick phone call: Invocation before City Council Meeting
>>>
>>> Hi Chauncey!
>>>
>>> Adam Vavrick here following up on the email I sent over a little over a week ago regarding our phone call & chat about scheduling an invocation before a city council meeting I've tried calling a few times but seem to keep missing you I'd really like to get everything sorted out for the city council invocation you As i mentioned in the previous email, we are recognized federally and by the State of Illinois and can assure you have there are no controversial topics in our invocation, but please do let me know if you need any further clarification as to who we are I'm happy to come down and meet with you too this week if you have some free time as well
>>>
>>> I'll follow up a little later today with a phone call in case i just happened to call while you were away from your desk
>>>
>>> All the best,
>>> Adam Vavrick
>>> [REDACTED]
>>>
>>> On Thu, Jan 2, 2020 at 3:33 PM Adam Vavrick [REDACTED] wrote:
>>>
>>>> Hello Chauncey!
>>>>
>>>> Thanks again for taking the time to chat with me on the phone today! As promised, I'm following up on your request for information about our congregation for vetting purposes Also as we discussed, you can rest assured we do not plan on bringing up any controversial issues such as Gender, Race or LGBTQ+ matters Far from it, we have only a simple invocation that we would like to present (we can send the text over at a later date for you to take a look at as well) and we're excited to get on the books after May and if we're lucky enough to pick a month, October would be great :)
>>>>
>>>> About us: we are the Chicago chapter of The Satanic Temple, a non-theistic religion whose mission is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will
>>>>
>>>> We are recognized both federally & by the State of Illinois, the former by the IRS status of Church as a registered not-for-profit and the latter by our holiday monument which has been included in the annual holiday display in the Illinois State Capitol Rotunda for the past several years I've provided some links below for further information for you to peruse, and feel to email or call me as well
>>>>
>>>> Happy New Year and I look forward to talking soon!
>>>> Best,
>>>> Adam Vavrick
>>>> [REDACTED]
>>>>
>>>> - Quick FAQ about us https //thesatanictemple com/pages/learn
>>>>
>>>> - Our Chapter's page https://www facebook com/TheSatanicTempleChicago/
>>>>
>>>> - PRI article about our federally recognized religious status https://www pri org/stories/2019-05-06/satanic-temple-gets-religious

- Patch article from Springfield about our holiday monument https://patch com/illinois/springfield-il/satanic-temple-holiday-display-returns-state-capitol?utm_medium=social&utm_campaign=blasts&utm_source=facebook com&utm_content=illinois&fbclid=IwAR2rxEYvwuuIJemR8SlOA8OxlBhXC1Almm3FuRkIjXMNzUBMdbabb-0kjFk

- The documentary about us, which was on the New York Times' Critic's List for 2019 as well as being nominated by both the Chicago Film Critics Association & Chicago Indie Critics for best documentary https://www hailsatanfilm com/

--
Adam Vavrick
c: [redacted]

Note: Please pardon any abbreviations and/or brevity, the preceding email may have been dashed off from my questionably smart phone.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof

--
Adam Vavrick
c [redacted]

Note: Please pardon any abbreviations and/or brevity, the preceding email may have been dashed off from my questionably smart phone.

--
Adam Vavrick
The Consummate Pragmatist
c [redacted]

Note: Please pardon any abbreviations and/or brevity, the preceding email may have been dashed off from my smart phone.

--
Adam Vavrick
The Consummate Pragmatist
c [redacted]

Note: Please pardon any abbreviations and/or brevity, the preceding email may have been dashed off from my smart phone.

 Exhibit B

Adele Nicholas <adele@civilrightschicago.com>

# Fwd: Follow up: Invocation before City Council - Alderperson Daniel La Spata vouching

---------- Forwarded message ---------
From: **Adam Vavrick** <adam.vavrick@thesatanictemple.org>
Date: Mon, Aug 23, 2021 at 1:58PM
Subject: Re: Follow up: Invocation before City Council - Alderperson Daniel La Spata vouching
To: Daniel La Spata <dlaspata@gmail.com>

Hi Daniel,

Circling back on this. I'm happy to start calling around too. I was able to find Chauncey, i'm sure i can find whoever replaced him :)

Hope all's well!
adam

On Sun, Aug 8, 2021 at 8:53 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

> Hey!
>
> Totally understand, thanks for getting back to me & updating me, it's very appreciated.
>
> Look forward to hearing from you,
> Adam
>
> On Sun, Aug 8, 2021 at 9:48 PM Daniel La Spata <dlaspata@gmail.com> wrote:
>
>> Chauncey also had has last day with the clerk's office two Fridays ago. I'll let you know if I find out who is now scheduling convocations.
>>
>> Kind regards,
>>
>> Daniel
>>
>> On Mon, Aug 2, 2021 at 10:07 AM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:
>>
>>> Good morning Chauncey & Daniel,
>>>
>>> I'm once again checking in on the email i sent two weeks ago regarding an invocation before the city council meeting. Please do reach out so that we can schedule it.
>>>
>>> Thanks so much!
>>> Minister Adam
>>>
>>> On Mon, Jul 26, 2021 at 1:53 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:
>>>
>>>> Hi Chauncey & Daniel,
>>>>
>>>> I wanted to touch base and make sure this email came through ok.
>>>>
>>>> Thanks!

On Tue, Jul 20, 2021 at 4:29 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

Hello Chauncey!

Adam Vavrick from The Satanic Temple reaching out again, I hope you're happy, healthy & doing well!

We spoke right before Covid looking to get a date nailed down to perform an invocation before the City Council meeting. Covid of course threw all of that for a loop but now that the world is opening back up, I wanted to touch base with you on nailing down a date after I had a wonderful dinner conversation with Alderperson La Spata yesterday evening, who requested to be copied on this email for vouching purposes since it's common for Alderpersons to be involved in the process. Also, since we last spoke I completed my Ordination studies and can proudly say I am now Minister Adam :)

Last we left it in Feb/March of 2020, you were looking into the vetting of The Satanic Temple and/or myself. To refresh your memory, I sent over several links to TST's website, news articles from accredited news sources about us including information on our federally recognized status as well as our holiday display we've installed in the Illinois state capitol rotunda several times, a book written by a professor of religious studies published via Oxford Press exploring our history, etc. I'm more than happy to provide all of those materials again if you'd like, and can also provide both my Ministerial Letter as proof of Clergy & our LLC information here in the State as well. Lastly, I know you were concerned about controversial topics being brought up (you mentioned on the phone "Gender, Race or LGBTQ+ matters" specifically) and I assured you that there are none present in the invocation. They still aren't and my offer to provide the text of the invocation for you to peruse it first still stands.

Please do get in touch to let me know what else, if anything, you might require to book this invocation & and I look forward to speaking with you again.

All the best,

--
Adam Vavrick, *Minister Satanae*
Co-Congregation Lead, The Satanic Temple Illinois

Exhibit C

**From:** Ariana Garcia
**To:** Adam Vavrick; Daniel La Spata
**Cc:** Ian Eulinberg
**Subject:** Re: Hello from Minister Adam re: invocation before city council
**Date:** Tuesday, August 31, 2021 4:52:40 PM

---

Hi Minister,

Thank you so much for your interest. We will be in touch with a confirmation on upcoming City Council invocation details.

Thank you!

Ariana

---

Ariana Garcia
Chief of Public Engagement & IGA
Office of the City Clerk

---

**From:** Adam Vavrick <adam.vavrick@thesatanictemple.org>
**Sent:** Monday, August 30, 2021 11:17 AM
**To:** Ariana Garcia <Ariana.Garcia@cityofchicago.org>; Daniel La Spata <dlaspata@gmail.com>
**Subject:** Hello from Minister Adam re: invocation before city council

[Warning: External email]

Hello Ariana!

Minister Adam here, i hear you've taken over Chauncey Rice's duties after his departure. I wanted to reach out and touch base as Chauncey and i were working towards solidifying a date for me to present an invocation before a city council meeting. I've copied Alderman La Spata as well, as he'd offered to vouch for me.

Please get in touch when you can, email is fine or feel free to call me, 

All the best and hope to talk to you soon!

--
Adam Vavrick, *Minister Satanae*
Co-Congregation Lead, The Satanic Temple Illinois

Exhibit D

**From:** Ariana Garcia
**To:** Michelle Levar
**Subject:** Fw: Hello from Minister Adam re: invocation before city council
**Date:** Wednesday, May 11, 2022 9:41:08 AM

---

**From:** Adam Vavrick <adam.vavrick@thesatanictemple.org>
**Sent:** Tuesday, May 10, 2022 11:14 AM
**To:** Ariana Garcia <Ariana.Garcia@cityofchicago.org>
**Cc:** Daniel La Spata [redacted]>; Ian Eulinberg <Ian.Eulinberg@cityofchicago.org>; Steve Berlin <Steve.Berlin@cityofchicago.org>
**Subject:** Re: Hello from Minister Adam re: invocation before city council

[Warning: External email]

Hello Ariana et al,

My request to be scheduled for an invocation before Chicago's city council on January 2nd, 2020 is now two years and four months old. Ariana, our email chain goes back to August 30th of 2021, during which time no information has been provided, emails have been ignored & what i can only surmise is a hesitance to allow it to proceed.

I am going to ask one final time to be either be directly placed on the schedule or be provided clear instructions on how to proceed to book a time slot to present an invocation before the Chicago city council meeting, and to please attach any relevant application forms, rules/guidelines, etc that i will need in order to be placed in the queue no later than Friday, May 27th at 4pm CST. Given the egregious amount of time i've been made to wait so far, a failure to to provide this information by the end of the month will be considered deliberate, and therefore discriminatory.

I look forward to a response within 17 days,

Adam Vavrick, *Minister Satanae*
Registration Director - SatanCon
Congregation Lead, The Satanic Temple Illinois

On Thu, Mar 31, 2022 at 4:12 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

> Hello Ariana,
>
> Today is the 31st and I feel that I've been more than patient. I'd be happy to be a bit more patient if you'd go ahead and email me a date/time by which you'd have all of the information i requested.
>
> When can I expect my request to be fulfilled?
>
> Thanks.

On Thu, Mar 31, 2022 at 3:59 PM Ariana Garcia <Ariana.Garcia@cityofchicago.org> wrote:

Hi Adam,

We are working on this request and greatly appreciate your patience.

Thank you,

Ariana

---

Ariana Garcia
Chief of Public Engagement & IGA
Office of the City Clerk

---

**From:** Adam Vavrick <adam.vavrick@thesatanictemple.org>
**Sent:** Tuesday, March 22, 2022 10:32 AM

**To:** Ariana Garcia <Ariana.Garcia@cityofchicago.org>
**Cc:** Daniel La Spata [redacted]; Ian Eulinberg <Ian.Eulinberg@cityofchicago.org>
**Subject:** Re: Hello from Minister Adam re: invocation before city council

[Warning: External email]

Hello Ariana, Ian, Alderman La Spata,

It's now March 22nd of 2022 and i've still been given no response about getting on the calendar to present an invocation before the city council meeting, and i cannot help but feel this is on purpose at this point. As a reminder, you emailed me on August 31st of 2021 that you'd be in touch with details, then after many unanswered emails and phone calls you wrote on October 20th of 2021 that you'd follow up after the budget cycle. That was five months ago. In fact, it's been over 2 years in total that i've been made to wait going back to when Chauncy Rice seemingly neglected to assist me as i mentioned in my previous email.

Please provide me with clear instructions on how to proceed to book a time slot to present an invocation before the Chicago city council meeting, and please attach any relevant application forms, rules/guidelines, etc that i will need in order to be placed in the queue.

I'd like to have this information sent to me no later than Thursday, March 31st.

On Sun, Jan 2, 2022 at 12:13 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

Hello there and happy new year!

January 2nd marks the 2 year anniversary of my first contact with the city about doing an invocation before the city council meeting. Chauncey Rice had and i had spoken on the phone and said we'd be able to get a date on the calendar. We're now 2 (two) years in (and 5 months since initiating contact with Ariana Garcia) about this without a date scheduled and, frankly, without any information whatsoever relayed.

Can I please have some guidance here as to what forms we'd need to fill out to get on the calendar, if any?

Thanks,

On Wed, Dec 15, 2021 at 9:35 AM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

> Hi Ariana,
>
> We're now several months later with no date, and almost at the two year mark since I first contacted the city about doing an invocation before the city council. That's an awful long time to wait. Can we get one scheduled please?
>
> Thanks,
> Minister Adam
>
> On Wed, Oct 20, 2021 at 11:14 AM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:
>
>> Hi Ariana,
>>
>> Thank you for the update. Do you have any indication when that might be? I was under the impression that went all through Oct/Nov but perhaps i'm mistaken. I'm also happy to commit to a date down the road, say, in the Spring of 2022 to give ample time?
>>
>> Thanks,
>> Minister Adam
>>
>> On Wed, Oct 20, 2021 at 11:10 AM Ariana Garcia <Ariana.Garcia@cityofchicago.org> wrote:
>>
>>> Hi Adam,
>>>
>>> Apologies for the delay. It's a bit hectic with budget, I will follow up after this budget cycle.
>>>
>>> Thanks for the follow up,
>>>
>>> Ariana
>>>
>>> ---
>>>
>>> **From:** Adam Vavrick <adam.vavrick@thesatanictemple.org>
>>> **Sent:** Wednesday, October 20, 2021 11:07 AM
>>> **To:** Ariana Garcia <Ariana.Garcia@cityofchicago.org>

**Cc:** Daniel La Spata <dlaspata@gmail.com>; Ian Eulinberg <Ian.Eulinberg@cityofchicago.org>
**Subject:** Re: Hello from Minister Adam re: invocation before city council

[Warning: External email]

Good morning Ariana,

I wanted to check back yet again about confirming details on an invocation before a city council meeting. This is the 5th email i've sent since August 30th, and i've left several messages that have gone unanswered.

Please do get back to me.

Thanks in advance,
Minister Adam

On Thu, Sep 30, 2021 at 10:54 AM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:

> Hello Ariana,
>
> I wanted to check back in on the confirmation of upcoming invocation details. Can you give me any information?
>
> Thank you,
> Minister Adam
>
> On Tue, Sep 14, 2021 at 11:58 AM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:
>
>> Hi Ariana,
>>
>> I'm sure you're busy today with the Council meeting but checking back in to see if we could lock down a date for an invocation.
>>
>> Thanks so much & hope you're well!
>> adam
>>
>> On Wed, Sep 1, 2021 at 1:17 PM Adam Vavrick <adam.vavrick@thesatanictemple.org> wrote:
>>
>>> Hi Ariana,
>>>
>>> Splendid, thanks for the quick response! Let me know if you need anything from me.
>>>
>>> All the best,
>>> Adam
>>>
>>> On Tue, Aug 31, 2021 at 4:52 PM Ariana Garcia <Ariana.Garcia@cityofchicago.org> wrote:
>>>
>>>> Hi Minister,

Thank you so much for your interest. We will be in touch with a confirmation on upcoming City Council invocation details.

Thank you!

Ariana

---

Ariana Garcia
Chief of Public Engagement & IGA
Office of the City Clerk

---

**From:** Adam Vavrick <adam.vavrick@thesatanictemple.org>
**Sent:** Monday, August 30, 2021 11:17 AM
**To:** Ariana Garcia <Ariana.Garcia@cityofchicago.org>; Daniel La Spata <dlaspata@gmail.com>
**Subject:** Hello from Minister Adam re: invocation before city council

[Warning: External email]

Hello Ariana!

Minister Adam here, i hear you've taken over Chauncey Rice's duties after his departure. I wanted to reach out and touch base as Chauncey and i were working towards solidifying a date for me to present an invocation before a city council meeting. I've copied Alderman La Spata as well, as he'd offered to vouch for me.

Please get in touch when you can, email is fine or feel free to call me, [redacted]

All the best and hope to talk to you soon!

--
Adam Vavrick, *Minister Satanae*
Co-Congregation Lead, The Satanic Temple Illinois

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment

thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

--
Adam Vavrick, *Minister Satanae*
Registration Director - SatanCon
Congregation Lead, The Satanic Temple Illinois

 

Adele Nicholas <adele@civilrightschicago.com>

# Fwd: Hello from Minister Adam RE: invocation before city council

---------- Forwarded message ---------
From: **Adam Vavrick** <adam.vavrick@thesatanictemple.org>
Date: Wed, Jul 13, 2022 at 11:18 AM
Subject: Hello from Minister Adam RE: invocation before city council
To: Ariana Garcia <ariana.garcia@cityofchicago.org>, Ian Eulinberg <Ian.Eulinberg@cityofchicago.org>, <jerel.dawson@cityofchicago.org>, <ennedy.rivera@cityofchicago.org>, <michelle.levar@cityofchicago.org>, <anna.valencia@cityofchicago.org>
Cc: <steve.berlin@cityofchicago.org>

Hello Ariana et al,

I figured it would be easier to get everyone on one single chain since that's where my emails are being forwarded.

My repeated requests to be scheduled or given an explanation on how to be scheduled from the past 2 years and 7 months have seemingly fallen into a black hole, and it's only via my recent FOIA requests that I've learned that my requests have been simply forwarded on to either Legal Counsel, Mayor's Deputy Director of IGA & Legal Counsel, or both, and then seemingly ignored.

Why is this? Can someone please plainly state for the record what the process is by which an individual delivers an invocation before the city council meeting is scheduled? What is the policy in deciding who can and cannot do so? Who is making the decision to say "Yes" or "No" and by what metrics?

Simply put, I demand an explanation into the process by which I can deliver an invocation before the City Council Meeting and be provided with any and all documents/forms or applications to be submitted for scheduling, or to be scheduled directly to deliver an invocation for a date of your choosing no later than Wednesday, July 27th at 4pm CST.

--
Adam Vavrick, *Minister Satanae*
*Co-Director, Satanic Representation Campaign*
*Registration Director - SatanCon*
*Congregation Head, The Satanic Temple Illinois*