# Exhibit 1

| Title of Court | Date |
|---|---|
| State of Arkansas | 9/10/2014 |
| 8th Cir. | 4/20/2018 |
| W.D. Ark. | 3/13/2019 |
| E.D. Ark. | 2/22/2020 |
| 9th Cir. | 4/9/2020 |
| State of Minnesota | 12/21/2020 |
| D. Minn. | 1/14/2021 |
| 4th Cir. | 10/29/2021 |
| 5th Cir. | 9/7/2022 |
| 2nd Cir. | 12/5/2022 |