# DECLARATION OF MATT KEZHAYA

**COMES NOW** Matt Kezhaya, who declares as follows under penalty of perjury:

1. My name is Matt Kezhaya. I am over the age of 18, I have never been convicted of a felony or crime of moral turpitude, and I am fully competent to make this Affidavit and to testify in any court of law. All of the statements contained herein are within my personal knowledge and are true and correct.

2. I have never been suspended, disbarred or denied admission or readmission by any court. I have been sanctioned/censured. I was sanctioned under Rule 11 because I refiled a lawsuit that was dismissed "without prejudice" after a magistrate denied leave to amend the complaint or alternatively to nonsuit. *See Satanic Temple v. City of Belle Plaine, Minnesota*, 475 F. Supp. 3d 950, 966 (D. Minn. 2020) ("Counts I through VI and VIII through X are **DISMISSED WITHOUT PREJUDICE**"); *Satanic Temple v. City of Belle Plaine*, No. 19-CV-1122 (WMW/JFD), 2021 WL 4199369 *20-21 (D. Minn. Sept. 15, 2021). I have appealed the decision and presented oral argument on May 11, 2023.

   Further, I have been admonished for including visual aid and prose in a brief. *Satanic Temple Inc. v. Texas Health and Human Services Commission*, 2023 WL 415986 (S.D.Tex., 2023). That order claims that I was sanctioned for alleged an "abusive subpoena" in *Satanic Temple v. Boston*, but it was TST that got sanctioned. *Satanic Temple, Inc. v. City of Boston, MA*, 2022 WL 1028925 (D.Mass., 2022); *Satanic Temple, Inc. v. City of Boston, MA*, 2023 WL 1993695 (D.Mass., 2023).

3. I am an attorney licensed in the state of Arkansas since 2014 and the state of Minnesota since 2020. I am in good standing with the State Bar of Arkansas and the State Bar of Minnesota.

4. There are no pending disciplinary proceedings against me.

   I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct. */s/ Matt Kezhaya*.

   Signed in Hennepin County, Minnesota on June 16, 2023.