**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

The Satanic Temple Inc., et al.
                             Plaintiff,

v.                                              Case No.: 1:23−cv−02780
                                                Honorable Joan H. Lefkow

The City of Chicago
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 23, 2023:

  MINUTE entry before the Honorable Joan H. Lefkow: Motion to set a briefing schedule [13] is granted. Responses to the motion for preliminary injunction [7] and the motion to dismiss [11] are due by 7/12/2023; replies are due by 7/26/2023. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.