## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THE SATANIC TEMPLE, INC., and
ADAM VAVRICK,

      Plaintiffs,

        v.

THE CITY OF CHICAGO,

      Defendant.

No. 23-cv-2780

## STIPULATION TO DISMISS

    Plaintiffs The Satanic Temple and Adam Vavrick and Defendant City of

Chicago, through their respective counsel, hereby stipulate that pursuant to Fed. R.

Civ. P. 41 this case should be dismissed without costs or fees to either party.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

/s/ Bradley G. Wilson
*Counsel for Defendant*

BRADLEY G. WILSON
    bradley.wilson@cityofchicago.org
DAVID BRANDON SMITH
    david.smith4@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial
Litigation Division
2 North Lasalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-7686 / 4-7220